1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | ALFREDO J. BUENTELLO,                    No. 2:15-cv-0422 DAD P
12 |          Plaintiff,
13 |     v.                                   ORDER
14 | D. GOREE, et al.,
15 |          Defendants.
16

17    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42
18 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff
19 alleges violations of his civil rights by defendants. The incidents giving rise to the alleged civil
20 rights violations took place in Kern, Kings, and Tulare Counties, which are part of the Fresno
21 Division of the United States District Court for the Eastern District of California. See Local Rule
22 120(d). Moreover, all of the named defendants are located in Kings County.
23    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
24 division of a court may, on the court's own motion, be transferred to the proper division of the
25 court. Therefore, this action will be transferred to the Fresno Division of the court. In light of
26 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in
27 forma pauperis.
28 ////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  March 6, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/md
buen0422.22