1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO BUENTELLO,<br><br>Plaintiff,<br><br>v.<br><br>D. GOREE, et al.,<br><br>Defendants.<br>_____/ | Case No.  1:15-cv-00377-SKO (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO SEND PLAINTIFF COPY OF COMPLAINT AND CLOSE CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 8) |

On March 16, 2015, Plaintiff Alfredo Buentello filed a request for copies of his appeal exhibits and a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).  At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims.  *Id.*

Accordingly, the Clerk of the Court is HEREBY DIRECTED to send Plaintiff a courtesy copy of his complaint and to close this action pursuant to Plaintiff's notice of voluntary dismissal filed on March 16, 2015.

IT IS SO ORDERED.

Dated:   **March 19, 2015**                    **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE